FIRST NATIONAL BANK OF MARIETTA, PA., Respondent, *v.* THE BUSHWICK CHEMICAL WORKS, Appellant.

(Submitted February 24, 1890; decided March 11, 1890.)

APPEAL from order of the General Term of the Supreme Court in the first judicial department, made July 15, 1889, which affirmed an order of Special Term denying a motion to vacate an attachment.

*Edward B. Whitney* for appellant.

*C. Bainbridge Smith* for respondent.

Agree to affirm; no opinion.
All concur.
Order affirmed.

---

AUGUSTA G. GENET, Respondent, *v.* THE PRESIDENT, MANAGERS AND COMPANY OF THE DELAWARE AND HUDSON CANAL COMPANY, Appellant.

(Argued February 24, 1890; decided March 11, 1890.)

APPEAL from order of the General Term of the Supreme Court in the first judicial department, made December 2, 1889, which denied a motion to dismiss an appeal by plaintiff from a judgment partly in her favor entered upon the report of a referee.

*Frank E. Smith* for appellant.

*George C. Genet* for respondent.

Agree to affirm; no opinion.
All concur except PECKHAM, J., not sitting.
Order affirmed.